# Court of Appeals
# of the State of Georgia

ATLANTA,  October 15, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0061.   IN THE INTEREST OF: M. G. AND C. G., CHILDREN (MOTHER).**

China Nicole Henson, the mother of minor children M. G. and C. G., seeks discretionary review of the juvenile court's order terminating her parental rights. The juvenile court's order was entered on August 14, 2014, and Henson filed her application on September 18, 2014. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Henson filed her application 35 days after entry of the order she seeks to appeal. Therefore, her application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  10/15/2014
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*